PER CURIAM.
 

 Appellants allege the trial court erred in denying their motions to dismiss for lack of personal jurisdiction. We agree with appellants and find that this case is materially indistinguishable from
 
 Greystone Tribeca Acquisition, L.L.C. v. Ronstrom,
 
 863 So.2d 473 (Fla. 2d DCA 2004), and
 
 Extendicare, Inc. v. Estate of McGillen,
 
 957 So.2d 58 (Fla. 5th DCA 2007). We, therefore, reverse and remand with directions that the trial court vacate its prior order and dismiss the claims against appellants for lack of personal jurisdiction.
 

 WOLF, CLARK, and WETHERELL, JJ., concur.